UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHEIK FRANCIS SMITH-BEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  1:11-cv-1204-TWP-MJD |
| MARK DODD, | ) ) ) ) |
| Defendant. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for summary judgment is granted, that judgment is entered for the defendant and against the plaintiff, and that the plaintiff take nothing by his complaint; and

**IT IS FURTHER ADJUDGED** that the claims dismissed as legally insufficient pursuant to 28 U.S.C. § 1915A(b) are dismissed.

Date: 09/25/2013

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Sheik Francis Smith-Bey DOC #955755
Pendleton Correctional Facility
Inmate Mail/Parcels
4490 West Reformatory Road
Pendleton, IN 46064

Electronically Registered Counsel